RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

No. PD-0347-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

MICHAEL WAYNE BOHANNAN

v.

THE STATE OF TEXAS

From Appeal No. 09-13-00090-CR

Trial Cause No. 12-10-10953-CR

Montgomery County

PETITIONER'S MOTION REQUESTING LEAVE TO FILE A REDUCED

NUMBER OF COPIES OF PETITION FOR DISCRETIONARY REVIEW

AND NOTICE OF INABILITY TO MAKE SERVICE REQUIRED

UNDER RULE 68.11

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Petitioner Bohannan and moves the Court for leave to file a reduced number of copies of his Petition For Discretionary Review ("PDR"), and notifies the Court of his inability to make the service required under Rule 68.11. In support thereof, and notice thereto, Bohannan would show the following:

I

Bohannan is currently imprisoned in the Texas Department of Criminal Justice. While the agency will permit offenders to obtain copies of their medical records, grievances, visitation lists, and

offender property receipts, the agency, by policy, refuses to provide offenders copies of legal papers/pleadings, even if that offender is able and willing to pay for those copies. As a result, Bohannan would have to hand type most of the copies the Court normally requires (he could use carbon paper for some) for PDR's. Not only does Bohannan suffer from carpal tunnel syndrome, making that typing slow and painful, he would have to obtain the paper and typewriter ribbon with which to do so, something difficult for an indigent offender to accomplish.

II

On April 27, 2011, Bohannan gave the prison officials his first-class prepaid letter to the "State's Prosecuting Attorney" containing a copy of his Motion To Supplement The Appellate Record. Bohannan mailed it to the address the TDCJ State Counsel For Offenders Legal Handbook (the reference the TDCJ provides offenders in their law libraries) provided, such being:

    State Prosecuting Attorney
    P.O. Box 12405, Capitol Station
    Austin, Texas  78711-2405

On May 12, 2015, Bohannan received the mailing back from the post office stating "ANK" (Address Not Known), "NIXIE", and "Return To Sender Attempted - Not Known Unable To Forward". Because the prison officials prohibit copying (as noted above) Bohannan is unable to provide the Court (and make the required service) of a copy of the returned envelope. As it currently stands, Bohannan is unable to make service upon the State's Prosecuting Attorney

- 2 -

because the prison officials provide an incorrect address to the state's prison population.

WHEREFORE, PREMISES CONSIDERED, Bohannan prays this Honorable Court permit him to file a single copy of his PDR with the Clerk of the Court, and the Montgomery County District Attorney. Bohannan will maintain an additional copy of the PDR (and this pleading) for the State Prosecuting Attorney, until such time as the Court instructs him how to make the required service on same. Bohannan apologizes to the Court for this inconvienence his circumstances have created in this cause.

Respectfully submitted,

Michael W. Bohannan  #1841746
9601 Spur 591
Amarillo, Texas   79107-9606
806-381-7080

## UNSWORN DECLARATION

I, Michael Bohannan, being presently imprisoned in Potter County, Texas, and under penalty of perjury, do hereby affirm that the foregoing facts are true and correct.

Executed on this the _18th_ day of _May_ , 2015.

Petitioner/Affiant

- 3 -

## CERTIFICATE OF MAILING AND SERVICE

I, Michael Bohannan, being presently imprisoned in Potter County, Texas, and under penalty of perjury, do hereby affirm that I have delivered a copy of this motion, to a TDCJ official, first-class postage prepaid, for mailing to:

Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711-2308

William Delmore, Asst. Dist. Att'y
207 W. Phillips Street
Conroe, Texas 77301

on this the __18th__ day of __May__, 2015.

_____
Petitioner/Affiant